Stanley L. Lane, Jr. (SL - 8400)
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York  10169-0075
Tel.: (212) 661-9100
Fax: (212) 682-6104
Attorneys for Defendant
Frontline Processing Corporation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC.,<br><br>                                     Plaintiff,<br><br>- against -<br><br>FRONTLINE PROCESSING CORPORATION, WOODFOREST NATIONAL BANK, DURANGO MERCHANT SERVICES LLC d/b/a NATIONAL BANKCARD SYSTEMS OF DURANGO, ABC COMPANIES and JOHN DOES,<br><br>                                     Defendants. | 09 Civ. 6925 (HB)<br><br>**NOTICE OF MOTION PURSUANT TO FED. R. CIV. PRO. 12(b)(2) TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION OVER THE NAMED DEFENDANTS** |

PLEASE TAKE NOTICE that upon the Affidavit of Christopher Kittler, President of defendant Frontline Processing Corporation, duly sworn to on October 29, 2009; the Declaration of Charles A. Vernon, Senior Vice President and General Counsel of defendant Woodforest National Bank, dated October 30, 2009; and the Declaration of Shane Kairalla a principal of defendant Durango Merchant Services LLC, duly sworn to on October 29, 2009; and defendants' accompanying Memorandum of Law; together with all prior pleadings and proceedings heretofore had herein, the named Defendants herein, moving jointly, will move this Court before the Honorable Harold Baer, Jr., at the United States Court House located at 500 Pearl Street,

New York, New York for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing the Complaint herein for lack of personal jurisdiction as against Defendants, together with such other further and/or different relief as to the Court may seem just an proper.

Dated: New York, New York
October 30, 2009

OTTERBOURG, STEINDLER,
 HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169

By  /s/ *Stanley L. Lane, Jr.*
    Stanley L. Lane, Jr. (SL 8400)
    Tel:   212.661.9100
    E-mail: slane@oshr.com

    - and -

CROWLEY FLECK PLLP
490 N 31st Street
Suite 500 TW2
Billings, MT 59101
Tel:   406-252-3441
Herbert I. Pierce III
Jeffery J. Oven
Christopher C. Stoneback
E-mail: joven@crowleyfleck.com
        fpierce@crowleyfleck.com
        cstoneback@crowleyfleck.com
*Attorneys for Defendant*
*Frontline Processing Corporation*

Law Offices of Todd Wengrovsky, PLLC.
285 Southfield Road
Box 585
Calverton, NY 11933
*Attorneys for Defendant Durango*
*Merchant Services LLC d/b/a National*
*Bankcard Systems of Durango*

By  /s/ *Todd Wengrovsky*
    Todd Wengrovsky (TW 4823)
    Tel:   631.727.3400
    E-mail:Contact@TWlegal.com

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
*Attorneys for Defendant*
*Woodforest National Bank*

By  /s/ *Charles P. Kennedy*
    Charles P. Kennedy (CK 9917)
    Tel:   908.654.5000
    E-mail: ckennedy@ldlkm.com

TO:   Robert L. Weigel, Esq.
      Gibson Dunn & Crutcher, LLP
      200 Park Avenue
      New York, New York 10166
      Phone: (212) 351-3927
      Fax:   (212)-351-5236
      *Attorneys for Plaintiff*
      *Gucci America, Inc.*